■ HANI H. ABUHAMRA, Appellant, v ERIE INSURANCE COMPANY, Respondent. [852 NYS2d 919]—

Present—Hurlbutt, J.P., Martoche, Smith, Lunn and Peradotto, JJ.